E-FILED
Wednesday, 25 March, 2009  09:25:40 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LANCE MITCHELL  Plaintiff, | No. 07-1351 |
| vs. | TRIAL BY JURY DEMANDED |
| IOWA INTERSTATE RAILROAD LTD.,  Defendant. | |

### CERTIFICATE OF SERVICE

    Craig W. Church, an attorney, certifies that on March 25, 2009, he served a copy of the foregoing **PLAINTIFF'S RULE 26(a)(2) DISCLOSURE** upon the attorney(s) of record listed below by depositing the same in the U.S. Mail located at 542 S. Dearborn Street, Chicago, Illinois 60605 with postage prepaid and that he electronically filed this Certificate of Service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Edward J. Krug
Krug Law Firm, P.L.C.
6 Hawkeye Drive, Suite 103
P.O. Box 888
North Liberty, IA 52317
319.626.2076
319.626.3266 Fax
ekrug@kruglawfirm.com

s/Craig W. Church
Attorney for Plaintiff

Craig W. Church
HOEY & FARINA
542 S. Dearborn, Ste. 200
Chicago, IL 60605
(312) 939-1212